# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| PATSY B. KIDD, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 24-0225-C |
| METLIFE SERVICES AND SOLUTIONS, LLC; METROPOLITAN LIFE INSURANCE COMPANY; and TIAA-CREF LIFE INSURANCE COMPANY, | : : | |
| Defendants. | : | |

## ORDER

On September 20, 2024, Plaintiff filed a Notice of Voluntary Dismissal of this action pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). (Doc. 7.) Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order by filing a notice of dismissal before any opposing party files an answer or motion to summary judgment. *See id.* Since the named defendants in this action have neither answered the complaint nor filed a motion for summary judgment (*see* Docket Sheet), the undersigned simply notes that this action is now **CONCLUDED** and should be **CLOSED**.

**DONE** and **ORDERED** this the 23rd day of September, 2024.

   s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**